IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LLOYD DAN MURRAY, JR. and
JENNIFER McGHAN, Individually and on
behalf of all others similarly situated,

    Plaintiffs,

v.

ILG TECHNOLOGIES, LLC, d/b/a ILG
INFORMATION TECHNOLOGIES., and
BARIS MISMAN, Individually and as Sole
Proprietor of ILG INFORMATION
TECHNOLOGIES

    Defendants.

Case No. 4:18-cv-00110-LGW-GRS

---

## ORDER ON MOTION FOR CLARIFICATION OF DEADLINE

Plaintiffs' Motion for Clarification of Deadline having been read and considered,

IT IS HEREBY ORDERED that Plaintiffs shall have until August 9, 2018, to file a motion for class certification. The defendants have consented to this deadline. *See* doc. 33.

SO ORDERED, this 14th day of    June,   2018.

                                                             /s/ G.R. Smith
                                          Magistrate Judge, United States District Court
                                          Southern District of Georgia

*Order Prepared By:*
Brent J. Savage
Georgia Bar No. 241146
SAVAGE, TURNER, DURHAM, PINCKNEY & SAVAGE
Post Office Box 10600
Savannah, Georgia 31412
(912) 231-1140
smikell@savagelawfirm.net