# United States District Court
## Southern District of Georgia

LLOYD DAN MURRAY, JR. and JENNIFER McGHAN,
Individually and on behalf of all others similarly situated,

Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-110

ILG TECHNOLOGIES, LLC, d/b/a ILG INFORMATION TECHNOLOGIES, and BARIS MISMAN, Individually and as Sole Proprietor of ILG INFORMATION TECHNOLOGIES,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated March 28, 2019, the Court GRANTS Defendants' Motion for Summary Judgment, and GRANTS Defendants' Supplemental Motion for Summary Judgment. Specifically, the Court grants summary judgment to Defendants ILG and Mr. Misman on Plaintiffs' claims for breach of contract, negligence, negligent misrepresentation, negligent design, strict products liability, defamation, the regrading of exams, and attorney's fees. This case stands CLOSED.

Approved by: _____

March 29, 2019
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk